DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE H. NIETO** and **ELIZABETH NIETO,**
Appellants,

v.

**MTGLTQ INVESTOR, L.P., CYPREXX SERVICES LLC** and
**NEWREZ, LLC,**
Appellees.

No. 4D20-2034

[June 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502019CA10881XXXMB.

Bruce S. Rosenwater of Bruce S. Rosenwater & Associates, P.A., West Palm Beach, for appellants.

Tara M. Petzoldt and Lauren G. Raines of Bradley Arant Boult Cummings LLP, Tampa, for appellees MTGLTQ Investor, L.P. and NewRez, LLC.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***